UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY ROE, et al.,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 18-12528
Honorable Laurie J. Michelson

# ORDER OF DISMISSAL

Pursuant to the parties' December 22, 2023, Stipulation of Dismissal (ECF No. 151), this case is DISMISSED WITH PREJUDICE and without further order. *Aamot v. Kassel*, 1 F.3d 441, 445 (6th Cir. 1993) ("[A] Rule 41(a)(1) notice of dismissal is self-effectuating, leaving no basis upon which a District Court can prevent such a dismissal.").

SO ORDERED.

Dated: January 16, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE